An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TRI STATE SURVEYING, LTD., A
NEVADA CORPORATION,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
SCOTT N. FREEMAN, DISTRICT
JUDGE,
Respondents,
and
ANDERSON, FRANK & MACK, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND ASSOCIATED
LAUNDRY MANAGEMENT, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Real Parties in Interest.

No. 69117

FILED

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order granting a motion for leave to file an amended complaint in a contract and tort action. Having considered the arguments raised in the petition, we are not persuaded that the district court arbitrarily or capriciously abused its discretion in granting leave to amend so as to warrant our extraordinary and discretionary intervention. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193,

15-39069

197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Scott N. Freeman, District Judge
       Fahrendorf, Viloria, Oliphant & Oster, LLP
       Zupancic Rothbone Law Group P.C.
       Law Offices of Jerry Carter, PC
       Washoe District Court Clerk